Case 1:07-cv-07102   Document 7   Filed 03/07/2008   Page 1 of 2

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the IRON WORKERS TRI-STATE
WELFARE FUND, MID-AMERICA PENSION FUND, and
MID-AMERICA SUPPLEMENTAL MONTHLY ANNUITY
FUND

V.

JAYSON E. SAGE individually and d/b/a SAGE
MOUNTAIN CONSTRUCTION, a sole proprietorship

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:



07CV7102
JUDGE SHADUR
MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

JAYSON E. SAGE individually and d/b/a
SAGE MOUNTAIN CONSTRUCTION, a sole proprietorship
620 E. 16TH AVE, APARTMENT B
POST FALLS, ID 83854-5166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 1 8 2007

DATE

ClientCaseID: N7576
CaseID: 172060
Law Firm ID: WHITFIEL


*172060A*

CaseReturnDate: 1/17/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number  **07C7102**

I, Ben Wheeler

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

THAT HE SERVED THE WITHIN  **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT  **Jayson E. Sage and d/b/a Sage Mountain Construction**

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

(✓) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

( ) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING
COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT
LIST REASON HERE:

Date Of Service: 12-27-07      Time of Service: 6:00 pm      Date Of Mailing 12-28-07
PERSON SERVED Cristina
Age 25      Sex F      Race Caucasian      Height 5'5"      Build Slim      Hair Brown

LOCATION OF SERVICE      **620 E 16th Avenue Apt B**
**Post Falls, ID, 83854-516**

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Ben Wheeler      12-28-07

AGENCY NAME:   OUTSIDE AGENCY            NAME OF SERVER:              DATE:
ADDRESS: P.O. Box 53
CITY: Hayden
ST: ID      ZIP 83835
PHONE: 208-762-5767