# EXHIBIT LIST

### EXHIBIT A
Affidavit of Service, Special Process Server

### EXHIBIT B
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
David J. Jansen, Contributions Manager

### EXHIBIT C
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
Daniel P. McAnally, Plaintiffs Attorney

# Exhibit
# A

**Exhibit   A**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the IRON WORKERS TRI-STATE
WELFARE FUND, MID-AMERICA PENSION FUND, and
MID-AMERICA SUPPLEMENTAL MONTHLY ANNUITY
FUND

V.

JAYSON E. SAGE individually and d/b/a SAGE
MOUNTAIN CONSTRUCTION, a sole proprietorship



CA
As
D
MAGISTRATE JUDGE:

07CV7102
JUDGE SHADUR
MAGISTRATE JUDGE VALDEZ

TO: (Name and address of Defendant)

JAYSON E. SAGE individually and d/b/a
SAGE MOUNTAIN CONSTRUCTION, a sole proprietorship
620 E. 16TH AVE, APARTMENT B
POST FALLS, ID 83854-5166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 1 8 2007

DATE

ClientCaseID: N7576
CaseID: 172060
Law Firm ID:   WHITFIEL



*172060A*

CaseReturnDate:   1/17/08

**Affidavit of Special Process Server**

# UNITED STATES DISTRICT COURT

I, Ben Wheeler

Case Number   **07C7102**

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

THAT HE SERVED THE WITHIN   **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT    **Jayson E. Sage and d/b/a Sage Mountain Construction**

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

(✓) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF
ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE
SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL
PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

( ) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING
COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT
*LIST REASON HERE:*

Date Of Service: 12-27-07      Time of Service: 6:00 pm      Date Of Mailing 12-28-07
PERSON SERVED Cristina

Age 25    Sex F    Race Caucasian   Height 5'5"     Build Slim      Hair Brown

**LOCATION OF SERVICE**      **620 E 16th Avenue Apt B**
**Post Falls, ID, 83854-516**

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the
undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information
and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Ben Wheeler          12-28-07

AGENCY NAME:   OUTSIDE AGENCY          NAME OF SERVER:                DATE:

ADDRESS: P.O. Box 53
CITY: Hayden
ST: ID          ZIP 83835
PHONE: 208-762-5767

# Exhibit B

**Exhibit   B**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE FUND et al., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 07 C 7102 |
| | ) | Judge Shadur |
| v. | ) ) | |
| JAYSON E. SAGE individually and d/b/a SAGE MOUNTAIN CONSTRUCTION, | ) ) ) | |
| Defendant. | ) ) | |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

David J. Jansen declares as follows:

1.      I am the ERISA Contribution Collection Coordinator for the  for the Iron Workers' Tri-State Welfare Plan and in such capacity I am authorized to make this Declaration on behalf of the Trust Fund.

2.      The Defendant executed an Agreement with the Iron Workers' Union (the "Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3.      Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Fund.

4.      Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreement, the Defendant is required to submit monthly reports which list the number of hours worked by its iron worker employees and the Defendant is required to pay contributions based upon the hours listed.

-1-

5.     The Defendant failed to submit the ERISA contributions for the iron worker employees. The amount owed for these iron worker employees is $3,844.38 for the month of August 2007.

6.     Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages.  The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month.  The amount of liquidated damages owed is $205.96 for the period August 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:          April 3, 2008

Signature:     David J. Jansen

**Sage Mountain**
**Jayson Sage**

## Iron Workers' Local Union #112

### August 2007

Rates: $ 8.14  $7.51 OT   $5.01 reg  $4.20 OT  $2.80 reg

| Employee | SS# | Total Hours Worked | Due Tri-State Welfare | Due Mid-America Pension | Due Mid-America SMA | Due IMPACT | Due Training | Due CISL | Due Bldg Trades | WA | Defense Fund | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $ 0.13 | $ 0.40 | $ 0.14 | $ 0.04 | 4.50% | $ 0.04 | |
| M. Kendrick | n/a | 71.00 | $ 577.94 | $ 363.21 | $ 203.00 | $ 9.23 | $ 28.40 | $ 9.94 | $ 2.84 | $ 84.06 | $ 2.84 | $ 1,281.46 |
| D. Bowman | n/a | 71.00 | $ 577.94 | $ 363.21 | $ 203.00 | $ 9.23 | $ 28.40 | $ 9.94 | $ 2.84 | $ 84.06 | $ 2.84 | $ 1,281.46 |
| B. Reynolds | n/a | 71.00 | $ 577.94 | $ 363.21 | $ 203.00 | $ 9.23 | $ 28.40 | $ 9.94 | $ 2.84 | $ 84.06 | $ 2.84 | $ 1,281.46 |
| | | | $ 1,733.82 | $ 1,089.63 | $ 609.00 | $ 27.69 | $ 85.20 | $ 29.82 | $ 8.52 | $ 252.18 | $ 8.52 | $ 3,844.38 |
| Liquidated Damages (4 mons): | | | $ 104.04 | $ 65.36 | $ 36.56 | | | | | | | $ 205.96 |

$ 4,050.34

January 31, 2008 Update

# Exhibit C

**Exhibit  C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the IRON WORKERS<br>TRI-STATE WELFARE FUND et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 7102 |
| | ) ) | Judge Shadur |
| v. | ) ) | |
| JAYSON E. SAGE individually and d/b/a<br>SAGE MOUNTAIN CONSTRUCTION, | ) ) ) | |
| Defendant. | ) | |

SWORN DECLARATION PURSUANT TO 28 U.S.C.A. § 1746

Daniel P. McAnally declares as follows:

1.      I am an associate of the law firm of Whitfield & McGann and am licensed to practice law in the State of Illinois and in the U.S. Dist. Court for Northern District of Illinois, Eastern Division.

2.      I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3.      I have in excess of 13 years experience representing trustees of employee benefit plans, including the prosecution of Federal Court litigation to collect delinquent employer contributions.

4.      The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of attorneys' fees and costs incurred if the Trust Funds utilize legal counsel to collect unpaid ERISA contributions.

5.      I have devoted 11.50 hours in connection with the this case at the rate of $165.00 per hour.  The total attorney fees billings is $1,867.50.

-1-

6.    In addition, the filing fee was $350.00 and the fees for service of process were an additional $80.00.  These costs total $430.00.

7.    I certify that the attached detailed attorney fees and costs totaling $2,297.50 were necessary and reasonable.


I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Declaration is true and correct.

Date:  April 3, 2008

s/ DANIEL P. McANALLY

Attorney for the Trustees of the Iron Workers'
Welfare Fund et al.

| 4/4/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 3:06 PM | Slip Listing | Page | 1 |

---

### Selection Criteria

| | |
|---|---|
| Case (hand select) | Include: IWF.N7576 |
| Slip.Classification | Open |
| Case (hand select) | Include: IWF.N7576 |
| Slip.Transaction Ty | 1 - 1 |

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 351593          TIME<br>1/3/2008<br>Billed          G:72928          2/4/2008<br>Prepare summons, complaint, appearance<br>forms and civil cover sheet for Trust Funds'<br>claims and compliance matters pursuant to<br>ERISA Sec. 1132, 1145 and Taft-Hartley Act<br>Sec. 301. | DPM<br>Billable<br>IWF.N7576 | 2.00<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 330.00 |
| 352397          TIME<br>1/3/2008<br>Billed          G:72928          2/4/2008<br>LEXIS FEE: Search Illinois Secretary of<br>State database for corporate information<br>including registered agent of the corporation<br>for purposes of service; search for related<br>companies; perform asset search of<br>company and principals. | CPW<br>Lexis<br>IWF.N7576 | ██<br>0.00<br>0.00<br>0.00 | ███<br>A@1 | ████ |
| 351592          TIME<br>1/3/2008<br>Billed          G:72928          2/4/2008<br>Review referral from Trust Funds; prepare<br>database and load information regarding<br>case facts, history and legal strategy.<br>Prepare/ Open  file for litigation; review<br>corporate status and registered agent<br>information for legal process. | DPM<br>Billable<br>IWF.N7576 | 1.00<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 165.00 |
| 351594          TIME<br>1/4/2008<br>Billed          G:72928          2/4/2008<br>Prepare correspondence to legal process<br>server. Scott Forrest Stern & Associates, Inc.<br>regarding service of the complaint. | DPM<br>Billable<br>IWF.N7576 | 0.50<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 82.50 |
| 352451          TIME<br>1/4/2008<br>Billed          G:72928          2/4/2008<br>Review complaint filed at the Federal Court;<br>load information regarding the filing date, | DPM<br>Billable<br>IWF.N7576 | 0.50<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 82.50 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| case number and assigned judge into the database; review (via the internet) the judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file / database regarding same. | | | | |
| 352399          TIME<br>1/14/2008<br>Billed          G:72928        2/4/2008<br>Telephone conversation with Jayson Sage regarding the nature of the lawsuit and request for the hours worked. | DPM<br>Billable<br>IWF.N7576 | 0.25<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 41.25 |
| 352489          TIME<br>1/29/2008<br>Billed          G:72928        2/4/2008<br>Review correspondence from Jayson Sage regarding the hours worked on the Sonic job site; correspondence to Sage requesting additional information; correspondence to collection coordinator David Jansen regarding same. | DPM<br>Billable<br>IWF.N7576 | 0.75<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 123.75 |
| 352471          TIME<br>1/29/2008<br>Billed          G:72928        2/4/2008<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding MINUTE entry before Judge Milton I. Shadur :Status hearing set for 4/15/2008 at 09:00 AM.; download documents to the file folder; print document and enclose in file. | DPM<br>Billable<br>IWF.N7576 | 0.25<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 41.25 |
| 352586          TIME<br>1/31/2008<br>Billed          G:72928        2/4/2008<br>Review correspondence from the defendant regarding the names and hours; download the documents, print and enclose in the file; telephone conversation with collection coordinator David Jansen regarding the hours submitted by the defendant; correspondence to trust fund employee, Spirit Johnson regarding same. | DPM<br>Billable<br>IWF.N7576 | 1.00<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 165.00 |
| 354470          TIME<br>3/7/2008<br>Billed          G:73304        4/2/2008<br>Review Scott Forrest Stern & Assoc., Inc.'s report on service of the summons and complaint; review process server remarks | DPM<br>Billable<br>IWF.N7576 | 0.50<br>0.00<br>0.00<br>0.00 | 165.00<br>T@13 | 82.50 |

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

regarding details of service; review affidavit of service for legality; electronically file the proof of service  with the clerk of the U.S. Dist. Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date.

| 354524 | TIME | DPM | 1.00 | 165.00 | 165.00 |
| 3/10/2008 | | Billable | 0.00 | T@13 | |
| Billed      G:73304     4/2/2008 | IWF.N7576 | 0.00 | | |
| | | 0.00 | | |

Review correspondence from Jayson Sage regarding request for update on the amounts owed; review correspondence from trust fund employee, Spirit Johnson regarding same; prepare documents for email; scan documents to pdf format; correspondence to Sage regarding amounts owed in ERISA fringe benefit contributions and attorney fees.

| 354520 | TIME | DPM | 2.00 | 165.00 | 330.00 |
| 3/11/2008 | | Billable | 0.00 | T@13 | |
| Billed      G:73304     4/2/2008 | IWF.N7576 | 0.00 | | |
| | | 0.00 | | |

Review court file to determine if Answer filed; review office file for Answer; confirm Answer due dates;  review U. S. District Court web site to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to Answer or otherwise plead.

| 354471 | TIME | DPM | 0.25 | 165.00 | 41.25 |
| 3/12/2008 | | Billable | 0.00 | T@13 | |
| Billed      G:73304     4/2/2008 | IWF.N7576 | 0.00 | | |
| | | 0.00 | | |

Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding SUMMONS Returned Executed by Trustees of the Iron Workers Tri-State Welfare Fund, Mid-America Pension Fund, Mid-America Supplemental Monthly Annuity Fund as to Jayson E. Sage on 12/28/2007, answer due 1/17/2008. ; download documents to the file folder; print document and enclose in file.

| 355660 | TIME | DPM | 0.25 | 165.00 | 41.25 |
| 4/2/2008 | | Billable | 0.00 | T@13 | |
| WIP | IWF.N7576 | 0.00 | | |
| | | 0.00 | | |

Telephone conversation with collection coordinator David Jansen and trust fund employee, Spirit Johnson regarding status of the demand for payment; proceeding with out motion for default judgment.

4/4/2008                           WHITFIELD, McGANN & KETTERMAN
3:06 PM                                    Slip Listing                                          Page        4

| Slip ID | ATTORNEY | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Case | Est. Time | Bill Status | |
| Description | Reference | Variance | | |

Grand Total

|  |  | Units |  | Slip Value |
|---|---|---|---|---|
| | Billable | ██████ | | ██████ |
| | Unbillable | 0.00 | | 0.00 |
| | Total | ██████ | | |

10.50 @        $1,732.50
        $165

Court Appearance        1.0     $165 —
    4-10-08                      $1,867.50

        Filing Fee              $350 —
        Service Fee             $80 —
                                $2,292.50