IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE FUND et al., <br><br> Plaintiffs, <br><br> v. <br><br> JAYSON E. SAGE individually and d/b/a SAGE MOUNTAIN CONSTRUCTION, <br><br> Defendant. | Case No. 07 C 7102 <br> Judge Shadur |

NOTICE OF MOTION

Jayson E. Sage
SAGE MOUNTAIN CONSTRUCTION
620 E. 16th Avenue Apt. B
Post Falls, ID 83854

PLEASE TAKE NOTICE that on **Thursday, April 10, 2008** I shall appear before the Honorable Judge Shadur at approximately 9:15 a.m. in Courtroom 2303 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Default Judgment.

TRUSTEES of the Iron Workers' Tri-State
Welfare Fund et al.,

s/DANIEL P. McANALLY

Certificate of Service

I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Motion for Default Judgment via U.S. first class mail to the person/s to who said Notice is directed on April 3, 2008, s/Daniel P. McAnally.

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700
Attorney No. 6205288