

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7102 | **DATE** | 4/10/2008 |
| **CASE TITLE** | Trustees vs. Jayson E. Sage | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for default judgment is granted. (8-1) Enter Judgment Order. It is ordered that Judgment is entered on behalf of the Plaintiffs and against the Defendant, Jayson E. Sage in the sum of $6,347.94.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|