

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS TRI-STATE WELFARE FUND, MID-AMERICAN PENSION FUND, and MID-AMERICA SUPPLEMENTAL MONTHLY ANNUITY FUND<br><br>          Plaintiffs,<br><br>  v.<br><br>JAYSON E. SAGE individually and d/b/a SAGE MOUNTAIN CONSTRUCTION,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 07 C 7102<br>)<br>)   Judge Shadur<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT ORDER

WHEREAS, the Plaintiffs filed their Complaint on December 18, 2007 and the Defendant was personally served with copies of Summons and Complaint; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, JAYSON E. SAGE individually and d/b/a SAGE MOUNTAIN CONSTRUCTION, in the sum of $6,347.84 representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (08/07) | $3,844.38 |
| b) | Liquidated Damages (08/07) | $205.96 |
| c) | Attorney Fees and Costs | $2,297.50 |
| | **TOTAL** | **$6,347.84** |

ENTERED:

_____
MILTON I. SHADUR
UNITED STATES DISTRICT JUDGE

DATED: April 10, 2008