

# United States District Court
## Northern District of Illinois
### Eastern Division

Trustees of the Iron Workers                  **JUDGMENT IN A CIVIL CASE**

v.                                             Case Number: 07 C 7102

Jayson E. Sage, individually and

☐   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■   Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the Plaintiffs and against the Defendant Jayson E. Sage individually and d/b/a Sage Mountain Construction, in the sum of $6,347.84.

Michael W. Dobbins, Clerk of Court

Date: 4/10/2008

/s/ Sandy Newland, Deputy Clerk